UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALDON MICHAEL HINGLE,**<br>**Plaintiff**<br><br>   v.<br><br>**EQUIFAX INFORMATION SERVICES,**<br>**LLC.,**<br>**Defendants** | **CIVIL CASE NO. 2:17-cv-09370**<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, WALDON MICHAEL HINGLE, by and through counsel, hereby dismisses, with prejudice, all claims in this action against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgment has been filed by Defendant, and Plaintiff's claims will be dismissed without Order of the Court upon filing of this Notice.

Respectfully submitted this 5th day of October, 2017.

                MICHAEL HINGLE & ASSOCIATES, LLC

                /s/ Michael Hingle_____
                Michael Hingle, T.A. (LA Bar #6943)
                Bryan Pfleeger, (LA Bar #23896)
                220 Gause Boulevard,
                Slidell, LA 70458
                Telephone: (985) 641-6800
                Facsimile: (985) 646-1471
                christina@hinglelaw.com

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal was filed and served via the Court's electronic filing system on the 5th day of October, 2017.

      MICHAEL HINGLE & ASSOCIATES, LLC

      /s/ _Michael Hingle_____
      Michael Hingle (Bar #6943)
      Bryan Pfleeger (Bar #23896)
      220 Gause Boulevard
      Slidell, LA 70458
      Telephone: (985) 641-6800
      Fax: (985) 646-1471
      Email: christina@hinglelaw.com

      *Attorneys for Plaintiff*